

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

NO. WR-81,036-01

**IN RE STATE OF TEXAS EX REL. SUSAN D. REED, Relator**

**ON APPLICATION FOR A WRIT OF MANDAMUS
CAUSE NO. 04-14-00047-CR
IN THE FOURTH COURT OF APPEALS**

*Per curiam.*

### OPINION

Relator filed a motion to stay proceedings and an application for a writ of mandamus, pursuant to the original jurisdiction of this Court. The application requests that we issue a writ of mandamus ordering the appellate court to vacate its order conditionally granting mandamus relief, which directed the trial court to withdraw its show cause order regarding contempt proceedings against Real Party in Interest, Michael McCrum. *In re Michael McCrum*, 04-14-00047-CR (Tex. App.–San Antonio Feb. 26, 2014)(not designated for publication).

On March 5, 2014, this Court held this application in abeyance and invited the Respondent,

the Fourth Court of Appeals, and Real Party in Interest, Michael McCrum to respond. The Fourth Court of Appeals did not file a response with this Court.

We conditionally grant mandamus relief and direct the Respondent to vacate its order conditionally granting mandamus relief, which directed the trial court to withdraw its show cause order regarding contempt proceedings against Real Party in Interest, Michael McCrum. The writ of mandamus will issue only in the event the Respondent fails to comply within thirty days of the date of this opinion.

Delivered: September 17, 2014
Do not publish